IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 04-30150-DRH |
| | ) | |
| CHRISTOPHER MUSSO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States of America, and the Court being advised of the facts, the Indictment in the above case is dismissed.

**SO ORDERED.**

/s/   David RHerndon
United States District Court

DATED:  June 14, 2005.